IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| KATHRYN PAULEY, COURTNEY MAWYER, and RIKKI QUILLON, on behalf of themselves and others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> SEMINOLE TOTAL HEALTH, INC., SCOTT WAGNER, and KRISTIN NORMAN, <br><br> Defendants. | Civil Action No. 3:20CV00014 <br><br> **ORDER** <br> By: Hon. Glen E. Conrad <br> Senior United States District Judge |

The parties have filed a stipulation of dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). In accordance with the stipulation, it is hereby

**ORDERED**

that the action is **DISMISSED WITH PREJUDICE** and shall be **STRICKEN** from the court's active docket.

The Clerk is directed to send copies of this order to all counsel of record.

DATED: This  6th  day of January, 2021.

*/s/ Glen E. Conrad*
Senior United States District Judge